# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1814
LT Case No. 2021-CF-001217

_____

PHU TRONG NGO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary Hatcher, Judge.

William R. Ponall and Eric J. Sorice, of Ponall Law, Maitland, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa Vairo
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

April 11, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____